# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSÉ HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:17-cv-1335-NJR |
| v. ) | |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF JOSÉ HERNANDEZ'S RENEWED AMENDED NOTICE OF DEPOSITION OF ILLINOIS DEPARTMENT OF CORRECTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**

TO ILLINOIS DEPARTMENT OF CORRECTIONS AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff José Hernandez ("Plaintiff"), by and through his counsel, will take the deposition of the Illinois Department of Corrections ("IDOC") by stenographic and videographic means at 9:00 AM on February 26, 2020, at Eimer Stahl LLP, 224 S. Michigan Avenue Ste. 1100, Chicago, Illinois 60604. The deposition will be taken before an officer authorized to administer oaths pursuant to Rules 28 and 30 of the Federal Rules of Civil Procedure, will be recorded on stenographic and on videotape by a certified video reporter. Plaintiff reserves the right to use the videotape deposition at the time of trial.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), IDOC is to designate and produce for deposition at that time one or more of its officials, employees, or agents who consent to testify on its behalf as to the subject matters identified in Schedule A attached hereto. The

designated witness or witnesses must be prepared to testify about matters known by or reasonably available to IDOC, not just information personally known by the witness.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, the deponent(s) is requested to produce the following documents at the deposition:

1. The witness(es)'s current resume and/or curriculum vitae.

2. Any and all materials relied upon by the witness in preparation for the deposition.

DATED: February 14, 2020

By: */s/ Scott C. Solberg*

Scott C. Solberg
Sarah H. Catalano
Eric L. Mackie (*pro hoc vice*)
Emily E. Sullivan (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel. 312-660-7600
Fax: 312-692-1718
ssolberg@eimerstahl.com
scatalano@eimerstahl.com
emackie@eimerstahl.com
esullivan@eimerstahl.com

*Attorneys for Plaintiff José Hernandez*

## **SCHEDULE A**

## DEFINITIONS

1. "Lawrence CC" means the Lawrence Correctional Center located in Sumner, Illinois.
2. "Plaintiff" means José Hernandez.

## SUBJECT AREAS

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, IDOC has a duty to designate one or more of its officials, employees, or agents or other Persons who consent to testify on its behalf with respect to the following matters:

1. IDOC's medical monitoring and treatment of Plaintiff while he was incarcerated at IDOC from 2014 to 2016.

2. IDOC's role in evaluating and responding to requests for accommodations from disabled inmates, including IDOC's role in evaluating and responding to requests for special mattresses.

3. IDOC's responses to requests for accommodations made by Plaintiff or any other inmate housed in the infirmary wing at Lawrence CC from July 1, 2014 to July 31, 2016 related to special mattresses.

4. IDOC's policies and procedures relating to requests for accommodations from disabled inmates.

5. IDOC's policies and procedures relating to the medical treatment and nursing care of quadriplegic or paralyzed inmates since January 1, 2014, including those relating to

    a. the prevention and treatment of pressure sores,

    b. the examination, diagnosis, and treatment of broken bones,

    c. mattresses provided to quadriplegic or paralyzed inmates, including the purchase of new mattresses and the repair of used mattresses,

    d. devices provided to quadriplegic or paralyzed inmates, including but not limited to devices used to turn oneself over,

    e. responses to inmate requests for help in the infirmary wing, and

    f. decisions about whether to grant or deny a request for medical care.

3

6. The call-button system in the infirmary wing at Lawrence CC, including any policies and procedures relating the call-button system or other alert systems used in the infirmary wing at Lawrence CC.

7. IDOC's policies and procedures relating to IDOC employees' obligation to respond to calls for help from inmates in the infirmary wing or to ensure that calls for help are responded to.

8. IDOC's or Wexford's purchase, distribution, and repair or attempted repair of special mattresses (including alternating air mattresses) for disabled inmates.

9. The documents produced by IDOC in response to Plaintiff's requests for production.

10. All policies, procedures, and protocols from January 1, 2014, through the present relating to the organization, retention, and deletion of documents, data, and other electronically stored information.

11. All steps, including but not limited to the identification of custodians, taken to identify and collect potentially responsive documents, data, and other information relating to Plaintiff's requests for production.

12. The identity of computers, databases, networks, email accounts, and physical files that have been searched for documents relating to Plaintiff's requests for production, including the process used to perform the searches, who performed the searches, what was found, and when and where it was found.

13. All steps relating to IDOC's responses to Plaintiff's interrogatories.

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 14, 2020, I caused a true copy of the foregoing to be served via electronic mail upon all named counsel of record:

Dennis S. Harms
Ashley M. Walker
Sandberg Phoenix & Von Gontard P.C.
dharms@sandbergphoenix.com
awalker@sandbergphoenix.com

*Attorneys for Defendants Wexford Health*
*Sources, Inc., John Coe, and Jon-Michael Allender*

Rachel Schwarzlose, #6283966
Attorney General's Office
rschwarzlose@atg.state.il.us

*Attorney for Illinois Department of Corrections,*
*Anne Elizabeth Tredway, Lorie Cunningham,*
*and Dee Dee Brookhart*

| | |
|---|---|
| DATED: February 14, 2020 | By: */s/ Sarah H. Catalano* |
| | Scott C. Solberg |
| | Sarah H. Catalano |
| | Eric L. Mackie (*pro hac vice*) |
| | Emily E. Sullivan (*pro hac vice*) |
| | EIMER STAHL LLP |
| | 224 S. Michigan Avenue, Suite 1100 |
| | Chicago, Illinois 60604 |
| | Tel. 312-660-7600 |
| | Fax: 312-692-1718 |
| | ssolberg@eimerstahl.com |
| | scatalano@eimerstahl.com |
| | emackie@eimerstahl.com |
| | esullivan@eimerstahl.com |
| | |
| | *Attorneys for Plaintiff José Hernandez* |