# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JOSE HERNANDEZ, #M01795 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-1335-NJR |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, ILLINOIS DEPARTMENT OF CORRECTIONS ("IDOC"), DEE DEE BROOKHART, ANNE ELIZABETH TREDWAY, and LORIE CUNNINGHAM, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and for their Motion for Summary Judgment pursuant to Fed. R. Civ. Pro. 56, state as follows:

1. Plaintiff, Jose Hernandez, was an inmate with the Illinois Department of Corrections who was incarcerated at Lawrence Correctional Center from July 7, 2014 through July 25, 2016. (Court Doc. 1, 47, 18-1442, Court Doc. 1).

2. Plaintiff filed his Complaint on December 12, 2017 and his First Amended Complaint on April 25, 2018, under this case number. (Court Docs. 1 and 49). Plaintiff filed a Complaint in a separate case number, 18-1442, on July 25, 2018. (ILSD Case No. 18-1442, Court Doc. 1). Plaintiff moved to consolidate the cases and the Court consolidated them on March 14, 2019. (Court Doc. 68).

3. Defendants Brookhart, Tredway, and Cunningham are moving for summary judgment

on the claim that they violated Plaintiff's Eighth Amendment rights. Alternatively, they are entitled to qualified immunity. Defendant IDOC is moving for summary judgment on Plaintiff's Americans with Disabilities Act and Rehabilitation Act claims.

4. A memorandum of law in support is attached hereto and incorporated herein by reference.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court grant their Motion and enter Summary Judgment in their favor and against the Plaintiff.

                                        Respectfully submitted,

                                        Illinois Department of Corrections, DeeDee Brookhart, Anne Elizabeth Tredway, and Lorie Cunningham,

                                              Defendants,

                                        KWAME RAOUL, Attorney General,
                                        State of Illinois,

                                              Attorney for Defendants,

Rachel Schwarzlose, #6283966
Assistant Attorney General
201 West Pointe Dr., Suite 7
Swansea, IL 62226
(618) 236-8781                     BY:   <u>s/ Rachel Schwarzlose</u>
                                                Rachel Schwarzlose, #6283966
Of Counsel.                                     Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JOSE HERNANDEZ, #M01795 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-1335-NJR |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTONS, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2020, the foregoing document, <u>Motion for Summary Judgment</u>, was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Sarah Catalano          scatalano@eimerstahl.com
Scott Solberg           ssolberg@eimerstahl.com
Emily Sullivan          esullivan@simerstahl.com
Dennis Harms         dharms@sandbergphoenix.com
Kevin Peek             kpeek@sandbergphoenix.com

Respectfully Submitted,

  s/ Rachel Schwarzlose
Rachel Schwarzlose, #6283966
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (618) 236-8781
Fax: (618) 236-8620
E-Mail: rschwarzlose@atg.state.il.us